CHARLOTTE E. DEANE
State Bar No. 256362
P.O. BOX 127041
San Diego, CA 92112
Telephone: (619) 672.1039
Cdeane104@gmail.com

Attorney for Material Witnesses
Daoju Lin and Zhenfu Zhang

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. DANIEL E. BUTCHER)

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IRVIN GUTIERREZ<br><br>    Defendant. | CRIM CASE NO. 25cr0895-BJC<br>MAG. CASE NO.  25mj1152-DEB<br><br>**NOTICE OF MOTION AND MOTION TO ALLOW MATERIAL WITNESS VIDEOTAPED DEPOSITIONS AND THEREAFTER RELEASE OF MATERIAL WITNESSES**<br><br>DATE:     April 10, 2025<br>TIME:     1:30 p.m.<br>HON:      Daniel E. Butcher |
|---|---|

TO: ACTING UNITED STATES ATTORNEY, ANDREW R. HADEN, UNITED STATES ATTORNEY SHWANJALI SEWAK, AND ATTORNEY FOR DEFENDANT, MARCUS BOURASSA:

NOTICE IS HEREBY GIVEN that on April 10, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Daniel E. Butcher, located at 221 W. Broadway, San Diego, CA 92101, Material Witnesses Daoju Lin and Zhenfu Zhang, ("Material Witnesses"), by and through their attorney, Charlotte E. Deane, will and hereby do move this Court for an order authorizing their videotaped depositions and thereafter their release from custody.

1. As discussed further in the attached Declaration of Counsel, this Motion is made on the ground that there is good cause for the order because the Material Witnesses, know of no qualifying sponsor willing and able to post a material witness appearance bond and with whom they may reside.

Neither the interests of justice nor the convenience of the parties and witnesses will be served by requiring the Material Witnesses to remain in custody until the matter is concluded. This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the attached Declaration of Counsel, all matters of record herein, testimony provided at the hearing, and other evidence, authorities, and argument presented at the hearing on this Motion.

Dated:  March 27, 2025                    */s/ Charlotte E. Deane*
                                          Charlotte E. Deane
                                          Attorney for the Material Witnesses
                                          Cdeane104@gmail.com